# United States District Court

__Southern__ DISTRICT OF __Florida__

MOHAMED ALI GHANEM

SUMMONS IN A CIVIL CASE

V.

THE STATE OF FLORIDA;
ROBERT BUTTERWORTH, ESQ., Attorney General of the State of Florida;
THE FLORIDA MOTOR VEHICLE THEFT PREVENTION AUTHORITY

CASE NUMBER: **00-6173 CIV-GRAHAM**

**MAGISTRATE JUDGE**
**- TURNOFF**

TO: (Name and address of defendant)

State of Florida
c/o Attorney General for the State of Florida
The Capital
Tallahassee, FL 32399

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maurice Graham, Esquire
331 East Prospect Road
Oakland Park, FL 33334

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE