# United States District Court

__Southern__ DISTRICT OF __Florida__

MOHAMED ALI GHANEM

V.

THE STATE OF FLORIDA;
ROBERT BUTTERWORTH, ESQ., Attorney General for the State of Florida
THE FLORIDA MOTOR VEHICLE THEFT PREVENTION AUTHORITY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6173 CIV-GRAHAM**

**MAGISTRATE JUDGE TURNOFF**

TO: (Name and address of defendant)

The Florida Motor Vehicle Theft Prevention Authority
Attn: Richard Nuss, Executive Director
c/o Attorney General for the State of Florida
The Capital, Room PL-01
Tallahassee, FL 32399-1050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maurice Graham, Esq.
331 East Prospect Road
Oakland Park, FL 33334

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE