UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MOHAMED ALI GHANEM   CASE NO. 00-6173 CIV-GRAHAM
                    MAGISTRATE JUDGE TURNOFF
    Plaintiff

v.

THE STATE OF FLORIDA;
ROBERT BUTTERWORTH, ESQ.,
ATTORNEY GENERAL OF THE
STATE OF FLORIDA; and
THE FLORIDA MOTOR VEHICLE
THEFT PREVENTION AUTHORITY,

    Defendants.
_____/



## NOTICE OF APPEARANCE OF COUNSEL

Defendants, STATE OF FLORIDA, ROBERT BUTTERWORTH in his official capacity as Attorney General for the State of Florida, and THE FLORIDA MOTOR VEHICLE THEFT PREVENTION AUTHORITY, by and through undersigned counsel, hereby notifies this court and all interested parties of his appearance as counsel on behalf of the defendants.

Assistant Attorney Charles M. Fahlbusch is a member in good standing of the Florida Bar. All further materials should be served on Assistant Attorney General Charles M. Fahlbusch.



Defendants, in submitting this Notice of Appearance, do not waive any defense or objection.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Maurice Graham, Esquire, 331 East Prospect Road, Oakland Park, Florida 33334, on this 1st day of March, 2000.

Respectfully submitted,

ROBERT A. BUTTERWORTH
ATTORNEY GENERAL

Charles M. Fahlbusch
Assistant Attorney General
Florida Bar No: 0191948

OFFICE OF THE ATTORNEY GENERAL
110 S.E. 6th Street, 10th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-712-4600
Facsimile: 954-712-4708