United States District Court
Southern District of Florida
Ft. Lauderdale Division

## UNOPPOSED MOTION FOR CONTINUANCE
Case No: 006137 CU- 280

**ADVOCATES FOR THE DISABLED, INC.** a
Florida not-for-Profit Corporation, **PETER SPALLUTO**,
Individually, and Ernst Rosenkrantz, Individually,

Plaintiff(s),

Vs.

**EL- MAR TROPIC RANCH, INC.**, a Florida corporation

Defendant(s)

To Defendants And Their Attorney:
Lawrence A. Fuller,
Fuller, Mallah & Associates, PA,
Lincoln RD, P.H. 802. Miami Beach, FL

Please take notice that the defendant hereby moves the above named court
Ex parte to continue the time to answer plaintiffs summons and complaint,
Request for admissions "ADA" request for production , and interrogatories
to April 15, 2000 . This motion is based on the affidavit of John J. Todd,
attorney for defendant.

Dated: Feb 29, 2000

Patrick E. Novak                John J. Todd
Attorney for defendants         Attorney for defendants
Suite 1001 one Datran center    4560 El-mar Drive
9100 S. Dadeland Blvd           Lauderdale by-the-sea, Fl 33308
Miami, Florida 33156            Ph. {954} 772-3910
                                Fax{954} 772-0435

NON-COMPLIANCE OF S.D. fla. L.R. S.1A1.

United States District Court
Southern District of Florida
Ft. Lauderdale Division

AFFIDAVIT
Case No: 006137

**ADVOCATES FOR THE DISABLED, INC.** a
Florida not-for-Profit Corporation, **PETER SPALLUTO**,
Individually, and Ernst Rosenkrantz, Individually,

       Plaintiff(s),
Vs.

**EL- MAR TROPIC RANCH, INC.**, a Florida corporation

    Defendant(s)

State of Florida   )
                     ) ss
County of Broward )

John J. Todd being first duly sworn under oath, deposes any says:

    He is and attorney duly admitted to practice in the state of Minnesota and before The United States District Court, 8th circuit ,Division of Minnesota, that be is a shareholder and secretary of the defendant El-Mar Tropic Ranch Inc, that has conferred with Lawrence A. Fuller, attorney for plaintiff, who agreed to continue the time to answer and respond to the documents delivered to defendant on February 7, 2000 to April 15,2000. Affidavit further states that the parties have agreed to an inspection of the premises to be conducted on March 6, 2000.

    Further affidavit saith not.

                                            John J. Todd

Subscribed and sworn to before me. a Notary Public, this 3rd day of March, 2000.

BRUCE J. KINNEE
MY COMMISSION # CC 638683
EXPIRES: May 6, 2001
Bonded Thru Notary Public Underwriters

                                            Notary Public

United States District Court
Southern District of Florida
Ft. Lauderdale Division

AFFIDAVIT OF SERVICE
Case No: 006137

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-Profit Corporation, PETER SPALLUTO,
Individually, and Ernst Rosenkrantz, Individually,

        Plaintiff(s),
Vs.

EL- MAR TROPIC RANCH, INC., a Florida corporation

        Defendant(s)

John J. Todd being first duly sworn under oath, deposes and says that on 3rd of March, 2000 he served by mail upon Lawrence A. Fuller, Attorney for plaintiff the attached motion, affidavit and proposed order by depositing the same in the U.S Mails addressed to Lawrence A. Fuller, Fuller, Mallah & Associates, PA, Lincoln RD, P.H. 802. Miami Beach, FL 33139.

Dated this 3rd day of March, 2000

                                                       John J. Todd

Subscribed and sworn to before me a Notary Public, this 3rd day of March, 2000.

BRUCE J. KINNEE
MY COMMISSION # CC 638683
EXPIRES: May 6, 2001
Bonded Thru Notary Public Underwriters

                                                       Notary Public