UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 00-6173-CIV-GRAHAM/TURNOFF

MOHAMED ALI GHANEM,

    Plaintiff,

vs.

THE STATE OF FLORIDA, et al.,

    Defendants.
_____/



FILED by____ D.C.
APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.

After reviewing the Complaint and the proposed Amended Complaint in this case, it is the Court's position that these pleadings fail to clearly state Plaintiff's claims against Defendants. In fact, the Court would characterize Plaintiff's pleadings as nonsensical. Accordingly, it is

**ORDERED** that Plaintiff shall file an Amended Complaint that clearly and cogently sets out the factual background and legal theories in this case within 10 days from the date of this Order. In preparing the Amended Complaint, Plaintiff shall comply with the Federal Rules of Civil Procedure and the Local Rules of Court. Failure to timely comply with this Order may result in dismissal of the action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of April, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Maurice Graham, Esquire
    Charles Fahlbusch, Esquire