

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MOHAMED ALI GHANEM,
    Plaintiff,                CASE NO. 00-6173-CIV-GRAHAM

v.

THE STATE OF FLORIDA;
ROBERT BUTTERWORTH, ESQ.,
ATTORNEY GENERAL OF THE
STATE OF FLORIDA; and
THE FLORIDA MOTOR VEHICLE
THEFT PREVENTION AUTHORITY,
    Defendants.
_____/

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO SERVE RESPONSE

Defendants, THE STATE OF FLORIDA, (hereafter "State"), ROBERT A. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA (hereafter, "Attorney General) and THE FLORIDA MOTOR VEHICLE THEFT PREVENTION AUTHORITY (hereafter "Authority"), through undersigned counsel, hereby move this Court for an enlargement of ten (10) days of the period of time within which a Response to Petitioner's First Amended Petition for Federal Injunctive Relief, a Declaratory Injunction and Other Equitable Relief must be served, on the following grounds:

1

1. Prior to the filing of the Amended Petition, counsel for the Petitioner and Counsel for the Defendants agreed that the Defendants would have twenty (20) days from the service of the Amended Petition, rather than ten (10), pursuant to the rules.

2. The Amended Petition bears a Certificate of Service, and was served on the undersigned, on April 7, 2000, meaning that the tenth day after service would be April 17th, 2000 and the 20th day after service would be April 27th, 2000.

3. Counsel for Defendants has conferred with counsel for the Petitioner and counsel for the Petitioner has no objection to the requested enlargement of time.

4. This motion is made in good faith and not for the purpose of unnecessary delay.

THEREFORE, the defense hereby moves this Court for an enlargement of the period of time withing which a response to the Amended Petition is required to

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to MAURICE GRAHAM, MAURICE GRAHAM, P.A., 331 East Prospect Road, Oakland Park, FL 33334, on this 17th day of April, 2000.

> CHARLES M. FAHLBUSCH
> Assistant Attorney General