UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6173-CIV-GRAHAM

MOHAMED ALI GHANEM,

    Plaintiff,

vs.

THE STATE OF FLORIDA;
et al.,

    Defendants.
_____/



## ORDER

**THIS CAUSE** came before the Court upon Defendants' Motion for Enlargement of Time Within Which to Serve Response filed April 19, 2000.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED until April 27, 2000.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of April, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Maurice Graham, Esq.
    Charles M. Fahlbusch, Esq.

