```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    FORT LAUDERDALE DIVISION
MOHAMED ALI GHANEM,

        Plaintiff,                  CASE NO.: 00-6173-CIV-GRAHAM
vs.

THE STATE OF FLORIDA;               JUDGE DONALD L. GRAHAM
et al.,

        Defendants.
_____/
```

## NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that the undersigned, MAURICE GRAHAM, will be unavailable since he will be out of the Country from May 17, 2000 through June 1, 2000. The Court and opposing counsel are respectfully requested to refrain from scheduling hearing, motions, depositions, or any other matters during this time period.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to: Charles M. Fahlbusch, Esquire, Assistant United States Attorney, 110 Southeast 6th Street, Fort Lauderdale, Florida 33301, this 24th day of April, 2000.

```
                    MAURICE GRAHAM P.A.
                    331 East Prospect Road
                    Oakland Park, FL. 33334.
                    Telephone No.: (954) 491-3737
                    Fax No.:       (954) 491-2545

                    BY: _____
                        Maurice Graham, Esquire
                        Attorney for Mohamed Ali Ghanem

                    Florida Bar No. 180781
```