UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6173-CIV-GRAHAM

MOHAMED ALI GHANEM,

    Plaintiff,

vs.

THE STATE OF FLORIDA,
et al.,

    Defendants.
_____/

## MOTION FOR ENLARGEMENT OF TIME TO FILE
## PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, MOHAMED ALI GHANEM, by and through his undersigned attorney, and moves this Honorable Court for an extension of time with which to file his Response to Defendants' Motion to Dismiss, and as grounds states as follows:

1. Defendants filed a motion for enlargement of time within which to serve their response to Plaintiff's complaint, which was granted by this Honorable Court.

2. That Plaintiff has been ordered to amend his complaint within ten (10) days.

3. That while the Defendants in this matter have unlimited resources with which to defend themselves, the undersigned attorney is a sole practitioner, and has had many court obligations during this period of time.

4. That the undersigned attorney's court schedule has left him with little time to file the required amendment.

5. That the amendment, for which an enlargement of time is sought, is not past due at



1

this time.

6. That this Motion is being made in a timely fashion.

7. That Plaintiff is requesting an additional five (5) days with which to file his amendment.

8. That in consideration of justice and fairness, the Plaintiff should be granted the relief sought herein.

9. That the undersigned attorney's office contacted the office of opposing counsel, Charles M. Fahlbusch, Asst. Attorney Genereal, who objects solely on the grounds that such relief would not afford him the time that he believes required for stipulation.

WHEREFORE, the Plaintiff prays that this Honorable Court grant this motion for an enlargement of time with which to file his Amended Complaint, in the amount of five (5) days.

> MAURICE GRAHAM, P.A.
> 331 East Prospect Road
> Oakland Park, Florida 33334
> (954) 491-3737
>
> BY: _____Maurice Graham_____
> Maurice Graham
> FL BAR NO. 180781

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Charles M. Fahlbusch, Asst. Attorney General, 110 S.E. 6th Street, 10th Floor, Ft. Lauderdale, Florida 33301, via regular U.S. Mail, this 1st day of May, 2000.

                MAURICE GRAHAM, P.A.
                331 East Prospect Road
                Oakland Park, Florida 33334
                (954) 491-3737

BY: _____
      Maurice Graham
FL BAR NO. 180781