UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6173-CIV-GRAHAM

MOHAMED ALI GHANEM,

    Plaintiff,

vs.

THE STATE OF FLORIDA;
et al.,

    Defendants.
_____/



FILED by _____ D.C.
MAY - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Enlargement of Time to File Plaintiff's Second Amended Complaint filed May 3, 2000.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED. No additional extensions will be considered.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of May, 2000.

                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

cc:  Maurice Graham, Esq.
     Charles M. Fahlbusch, Esq.