

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 00-6173-CIV-GRAHAM/TURNOFF

MOHAMED ALI GHANEM,

    Plaintiff,

vs.

THE STATE OF FLORIDA, et al.,

    Defendant.

_____/



### ORDER

**THIS CAUSE** came before the Court *sua sponte*.

On April 19, 2000 -- after reviewing the Complaint in this case and concluding that the pleading failed to clearly articulate Plaintiff's claims -- this Court entered an Order directing Plaintiff to file an Amended Complaint by April 29, 2000. In its Order, the Court noted that a failure to timely comply with the Court's directive might result in dismissal of the action.

On May 3, 2000, Plaintiff filed a Motion with the Court requesting a five day extension of time to file its Amended Complaint. The Court granted Plaintiff's request and extended the deadline to May 8, 2000. As of the date of this Order, Plaintiff has not filed an Amended Complaint. Therefore, it is

**ORDERED AND ADJUDGED** that this case is hereby DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's April 19, 2000 and May 3, 2000 Orders. It is further



**ORDERED AND ADJUDGED** that this case is CLOSED for administrative purposes in the Southern District of Florida and that all pending motions are DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of May 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Maurice Graham, Esquire
    Charles Fahlbusch, Esquire